UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **PHUONG LE,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   07-182-P-S |
| ) | Crim. No. 04-136-P-S |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER ON 28 U.S.C. § 2255 MOTION

Phuong Le has lodged a 28 U.S.C. § 2255 attack on his thirty-nine month sentence imposed after he pled guilty to conspiring to distribute crack cocaine. Le argues that his counsel, while successful in obtaining some reductions in his sentence, neglected to press other grounds for reduction.

I was the sentencing judge in this matter. All of the significant facts are familiar to me. The sentence I imposed on Mr. Le would not have been affected by any of the arguments raised by Mr. Le in his Petition. I took into account all the circumstances of the offense and after considering all the arguments set forth by Mr. Le in his § 2255 Petition, I would have imposed the same sentence. The Petition is **DENIED**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Z. Singal___
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 15th day of November, 2007.